AO 243 (Rev. 2/95)

**PETITION UNDER 3 USC § 2255 TO VACATE, SET ASIDE, CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District<br>District of Massachusetts |
|---|---|
| Name of Movant<br>RICHARD D. HALL | Prisoner No.<br>24429-038 | Case No.<br>1:02CR10247-001DPW |
| Place of Confinement<br>1900 Simler Ave., Big Spirng, Texas 79720 (FCI) | | |

| UNITED STATES OF AMERICA | V. | RICHARD D. HALL |
|---|---|---|
| | | (name under which convicted) |

**MOTION** 04 CV 10615 DPW

1. Name and location of court which entered the judgment of conviction under attack  U.S. Courthouse,
   1 Courthouse Way, Boston, Massachusetts
   
   MAGISTRATE JUDGE Collings

2. Date of judgment of conviction  March 31, 2003

3. Length of sentence  March 31, 2003

4. Nature of offense involved (all counts)  21 USC § 841 intent to distribute 50 or more grams of detectable amount of cocaine base (crack).

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

RECEIPT #
AMOUNT $ IFP
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
DATE 3-30-04

(2)

AO 243 (Rev. 2/95)

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
      Yes ☐     No ☒

   (5) Result     N/A

   (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
   (1) First petition, etc.     Yes ☐    No ☐  N/A
   (2) Second petition, etc.   Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Ineffective assistance of counsel and inadequate and improper legal advise.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: __Right to downward departure Based on Sentencing Entrapment.__

Supporting FACTS (state *briefly* without citing cases or law)

__See Attached Brief in Support.__

B. Ground two: __Title 21 U.S.C. § 851 is unconstitutional where enhancement is beyond that allowed by statute withour reference to multiple and separate offenses, including death and bodily harm, in accordance with Jones and Apprendi.__

Supporting FACTS (state *briefly* without citing cases or law)

__See attached Brief in Support.__

C. Ground three: __Denial of counsel to perfect appeal__

Supporting FACTS (state *briefly* without citing cases or law)

__See attached brief in support.__

(5)

D.   Ground four: __Ineffective assistance of counsel.__

Supporting FACTS (state *briefly* without citing cases or law)
See attached brief in support (Petitioner includes all arguments into this claim, besides any addressed therein, for their totality).

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: No appeal was taken; Petitioner was instructed by counsel's legal advise that he could not appeal. Petitioner never raised any of these claims, and challenges procedural bar under ineffective assistance of counsel.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐      No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing  Russell C. Sobelman, 152 The Lynnway, Lynn, MA 01902
        781-581-1300; Fax: 781-581-1719; e-mail: LSRJ23@aol.com.

    (b) At arraignment and plea  Russell C. Sobelman, see 15(a) above.

    (c) At trial  N/A

    (d) At sentencing  Russell C. Sobelman, See 15(a) above.

(6)

AO 243 (Rev. 2/95)

(e) On appeal __N/A__

(f) In any post–conviction proceeding __Proceeding Pro se.__

(g) On appeal from any adverse ruling in a post–conviction proceeding __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    __N/A__

    (b) Give date and length of the above sentence: __N/A__

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

Dated March __25__, 2004.

_Richard Hall_
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

March __25__, 2004.
(Date)

_Richard Hall_
Signature of Movant

(7)