UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD D. HALL,
    Petitioner,

      V.                CIVIL ACTION NO. 04-10615-DPW
                            [02CR10247-DPW]
UNITED STATES OF AMERICA,
    Respondent

## ORDER

WOODLOCK, District Judge

    Pursuant to Rule 4 of the Rules Governing Section 2255 Cases, the Clerk of this Court is hereby ordered to serve a copy of the **Petition Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody,** by mailing a copies of same, certified mail, to the Respondent.

    It is Further Ordered that the Respondent shall, within 20 days of receipt of this Order, but no later than **12:00 NOON ON APRIL 21, 2004,** file a motion to dismiss or other dispositive motion to the Petition for a Writ of Habeas Corpus. The Respondent may file an Answer or other responsive pleading, in addition to, but not in lieu of, the filing of a dispositive motion within the time period prescribed herein.

    The Court further requests the Respondent, as part of the response, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available remedies with respect to the matters raised by the Petition.

                                                BY THE COURT,

                                                /s/ Rebecca Greenberg
                                                Deputy Clerk

DATED: March 31, 2004