UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD D. HALL )
    Petitioner, )
)
V. ) CIVIL ACTION NO. 04-10615-DPW
) [02CR10247-DPW]
UNITED STATES OF AMERICA )
    Respondent )
)
)

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE

NOW COMES the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and respectfully requests a thirty-day extension of the period within which to respond to the Court's Order to file a motion to dismiss or other dispositive motion to the Petition for a Writ of Habeas Corpus. As grounds for this motion, the government states as follows:

1. The Court's Order dated April 21, 2004, ordering the government to respond by 12:00 noon on May 11, 2004, was received in the United States Attorney's Office on Friday, April 30, 2004. This case was then assigned to Assistant United States Attorney Denise Jefferson Casper. However, Ms. Casper is currently out on maternity leave.

2. This case was just reassigned to Assistant United States Attorney Cynthia Lie. Thus, the Assistant U.S. Attorney has not had an opportunity to review and familiarize herself with the case.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court grant a thirty-day extension of the period within which to respond to the Court's Order to file a motion to dismiss or other dispositive motion to the Petition for a Writ of Habeas Corpus, in the interests of justice.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney
(617) 748-3186

Dated: 5/11/04

CERTIFICATE OF SERVICE

This is to certify that I have served upon Richard D. Hall a copy of the foregoing document by facsimile and first class mail this 11th day of May, 2004.

_____
CYNTHIA W. LIE
ASSISTANT UNITED STATES ATTORNEY