UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD D. HALL<br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>    Respondent | )<br>)<br>)<br>)  CIVIL ACTION NO. 04-10615-DPW<br>)  [02CR10247-DPW]<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of her appearance as government counsel in the captioned matter.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

By:   _/s/ Cynthia W. Lie_____
       CYNTHIA W. LIE
       Assistant U.S. Attorney
       U.S. Attorney's Office
       One Courthouse Way
       Boston, MA 02210
       (617) 748-3183

Date: May 11, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have served upon Richard D. Hall a copy of the foregoing document by first class mail this 11th day of May, 2004.

_/s/ Cynthia W. Lie_____
CYNTHIA W. LIE
ASSISTANT UNITED STATES ATTORNEY