Richard D. Hall
# 24429-038; SR3 Range
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>-versus-<br><br>RICHARD D. HALL,<br><br>    Defendant-Petitioner. | CIV NO:  04-10615-DPW<br><br><br>MOTION FOR EXTENSION<br>OF TIME TO MAKE<br>RESPONSE TO GOVERNMENT |

....oOo....

Comes now the Defendant-Petitioner, Richard D. Hall, Pro se, and makes this request for extension of time pursuant to Rule 47 of the Federal Rules of Criminal Procedure, and Rule 7(b)(1) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant states as follows:

1. Defendant is Pro se, and is attempting to obtain relief he is rightfully entitled; the defendant is unlearned in the ar and skills of law, and lacks all knowledge of protocols relating to law; he is dependent upon others to assist him in preparing motions, documents and other matters.

2. Defendant works, as well as those he relies on to assist him; both work different time frames, making it difficult for both to meet to prepare proper motions and relate facts.

3. The hours of the law library are also restricted, which creates a harder difficulty, and is set upon a limited number of passes, approximately 24 per unit, for 2,000 inmates.

4. It also has a limited number of typewriters, 15 total, 10 for legal, 5 for other materials, for 2,000 inmates, and sometimes a inmate is unable to obtain a typewriter to type his motions; this is moreso where the institution operates on a rotation for inmate units for meals, which is when inmates come out and attempt to obtain a typewriter, and when the unit is last, or within the last three, it is near impossible to obtain a typewriter, this rotates on a weekly basis.

5. That Defendant does not make this request for extension for delay, vindictiveness, or any other improper form, but has a good faith belief that he is entitled relief and needs the additional time, as a pro se litigant, to obtain the required assistance necessary for defendant to make a meaningful response.

6. That defendant makes the foregoing statements under the penalty of perjury, in accordance with 28 U.S.C. § 1746, as being true and correct, and request this Court grant him an extension of time; that defendant received government's opposition on June 15, 2004; normally a response is due in fourteen (14) days from receipt; defendant asks for an additional thirty-five (35) days to make response because

of the difficulty obtaining typewriters, limited access to the law library, and defendant's lack of legal skills and dependence upon others.

WHEREFORE, Defendant asks this Court grant him a thirty-five (35) day extension of time to make response to the government's opposition, to and including August 2, 2004, and request any other and additional relief the Court may deem just and proper.

Dated this 22 day of June, 2004.

Respectfully submitted,

BY: *Richard Hall*
RICHARD D. HALL
Defendant-Petitioner, Pro se.

GWS/cc:

CERTIFICATE OF SERVICE

The undersigned certifies he mailed the foregoing document to the attorney for Respondent, First Class, postage pepaid, and addressed to:

> UNITED STATES ATTORNEY'S OFFICE
> DISTRICT OF MASSACHUSETTS
> JOHN J. MOAKLEY COURTHOUSE
> SUITE 9200
> 1 COURTHOUSE WAY
> BOSTON, MASSACHUSETTS 02210

all on this 22 day of June, 2004 under the penalty of perjury, 28 U.S.C. § 1746, and states the same is true and correct.


_____
RICHARD D. HALL
Defendant-Petitioner, Pro se.



GWS/cc:

7004 0550 0000 0421 1315