Richard Hall
# 24429-038; Sunrise
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

Defendant-Petitioner, Pro se.



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>    -versus-<br><br>RICHARD D. HALL,<br><br>    Defendant-Petitioner. | CASE: CIV-04-10615-DPW<br>      1:02-CR-10247DPW<br><br><br><br>MOTION TO SET HEARING DATE |

....oOo....

Defendant-Petitioner, Richard D. Hall, Pro se, pursuantb to Rule 47 of the Federal Rules of Criminal Procedure, and Rule 7 of the Federal Rules of Civil Procedure, moves to set a Hearing Date on Defendant's motion under 28 U.S.C. § 2255 and in support states:

1.  Petitioner filed a motion § 2255 seeking to attack his conviction and sentence.

2.  On June 8, 2004 government made response, after order to show cause was issued.

3.  Petitioner was granted an extension of time to August 2, 2004 to file a reply to government's opposition, on June 30, 2004.

4. Government has produced no affidavits regarding counsel's effectiveness; although Petitioner attaches to his § 2255 an addifavit supporting his claims.

5. It has been recognized where ex parte affidavits demonstrate a conflict with the record, such affidavits "do not constitute the "files and records" contemplated by the [§ 2255] statute," and a court holds no discretion to resolve matters then without a hearing. E.g. Crispo v. United States, 443 F.2d 13, 14 (9th Cir. 11971); Lindhorst v. United States, 585 F.2d 361, 365 (8th Cir. 1978)("opposing affidavits by the Government is not part of 'the files and records of the case' which can be taken to 'conclusively show that the prisoner is entitled to no relief,' within 28 U.S.C. § 2255.").

6. Petitioner requests a hearing on his motion attacking conviction and sentence.

WHEREFORE, Petitioner respectfully requests the Court to set a hearing date for a review on the merits of his motion attacking conviction and sentence under 28 U.S.C. § 2255.[1]

Dated this 2<u>6</u> day of July, 2004.

Respectfully submitted,

BY: _____
RICHARD D. HALL
Defendant-Petitioner, Pro se.

---

[1] Petitioner would additionally request the Court appoint counsel for the hearing to make arrangement for the Petitioner to be brought before the court, who is currently serving his federal sentence at FCI Big Spring, Texas.

(2)

CERTIFICATE OF SERVICE

The undersigned hereby certifies he caused to be mailed the foregoing document, and mailed the same to the attorney for the respondent, First Class, postage prepaid thereon and addressed to:

```
DENISE JEFFERSON CASPER
UNITED STATES ATTORNEY'S OFFICE
ASSISTANT U.S. ATTORNEY
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY
SUITE 9200
BOSTON, MASSACHUSETTS 02210
```

all on this 26 day of July, 2004.


_____
RICHARD D. HALL
Defendant-Petitioner, Pro se.



GWS/cc: