UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RICHARD D. HALL

    V.                            CIVIL ACTION 04-10615-DPW

UNITED STATES OF AMERICA

**ORDER OF APPOINTMENT OF COUNSEL**

WOODLOCK, D.J.

It is hereby ORDERED that the Federal Defender* for the District of Massachusetts be appointed to represent the Petitioner in the above entitled §2255 action.

                                          BY THE COURT

                                          /s/ Rebecca Greenberg
                                          DEPUTY CLERK

DATE: August 16, 2004

* Assistant Federal Defender Leo Sorokin