UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies and to

> WARDEN
> BIG SPRINT FCI *
> 1900 Simler Avenue
> Big Spring, TX 79720

**YOU ARE COMMANDED** to have the body of **RICHARD D. HALL** (#24429-038) now in your custody, before Hon. Douglas P. Woodlock, U.S.D.J., in Courtroom #1 on the 3rd Floor, United States District Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts on **SEPTEMBER 30, 2004 at 2:30 P.M.**, for the purpose of a Hearing on Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. §2255,, in connection with the case Richard D. Hall v. United States, CA 04-10615-DPW.

And you are to retain the body of said **RICHARD D. HALL** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 12th day of AUGUST 2004.

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
United States District Judge

*Phone number: (432) 263-6699