UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RICHARD D. HALL            )
                           )
     v.                    )   CIVIL ACTION 04-10615-DPW
                           )
UNITED STATES OF AMERICA   )

PETITIONER'S MOTION TO CONTINUE

On behalf of the petitioner, undersigned counsel moves to continue the evidentiary hearing scheduled for Thursday September 30, 2004.  To date, the petitioner has not arrived in Massachusetts.  Although counsel has reviewed the case file obtained from petitioner's counsel in the underlying criminal case as well as the documents in the pending petition, counsel cannot proceed further until he has the opportunity to consult with the petitioner.  In addition, after that consultation, counsel will require some further time to speak with prior counsel and, possibly, file an additional pleading.

WHEREFORE, undersigned counsel requests that the Court continue the September 30, 2004 hearing to a future date not less than three weeks after petitioner arrives in Massachusetts.

        RICHARD D. HALL
        By his attorney,


        /s/ Leo T. Sorokin
        Leo T. Sorokin
          B.B.O. #559702
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061