UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
RICHARD D. HALL              )
                             )
     v.                      )    CIVIL ACTION 04-10615-DPW
                             )
UNITED STATES OF AMERICA     )
```

PETITIONER'S PRE-HEARING MEMO

Counsel files this memorandum to disclose to the Court the issues counsel intends to pursue at the evidentiary hearing as directed by the Court. After reviewing the case and communicating with petitioner, counsel intends to raise only one issue: whether petitioner received ineffective assistance of counsel in that his counsel failed to file an appeal from his conviction and sentence. Counsel anticipates that the Court will hear testimony from prior counsel and the petitioner.

```
                         RICHARD D. HALL
                         By his attorney,


                         /s/ Leo T. Sorokin
                         Leo T. Sorokin
                           B.B.O. #559702
                         Federal Defender Office
                         408 Atlantic Avenue, 3rd Floor
                         Boston, MA  02110
                         Tel: 617-223-8061
```