UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD D. HALL,
    Petitioner,

       V.                 CIVIL ACTION NO. 04-10615-DPW
                             [02CR10247-DPW]

UNITED STATES OF AMERICA,
    Respondent

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's ruling, on the record and in open court after evidentiary hearing on November 22, 2004, and in light of memoranda issued on June 14, 2004 and August 13, 2004, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                              BY THE COURT,

                              /s/ Michelle Rynne
                              Deputy Clerk

DATED: November 22, 2004