Case Name: Hall v. United States of America

Case Number: 1:04-cv-10615

Richard D. Hall
24429-038
FCI
1900 Simler Avenue
Big Spring, TX 79720

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Rynne, Michelle entered on 11/22/2004 at 4:28 PM EST and filed on 11/22/2004
Case Name:
    Hall v. United States of America
Case Number:
    1:04-cv-10615
Filer:
WARNING: CASE CLOSED on 11/22/2004
Document Number:
    18

Docket Text:
Judge Douglas P. Woodlock : ORDER entered ORDER DISMISSING CASE(Rynne, Michelle)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=11/22/2004] [FileNumber=754286-0
] [6019c42169ac066c36bb4d99bdfef27ca9801cae69bda46651f81069531 76592d77
b931cdee9b115b3d07dca4817d8e8da3e110c20c8a4a626344010c7d5815c]]

1:04-cv-10615 Notice will be electronically mailed to:

Cynthia W. Lie    cynthia.lie@usdoj.gov, martha.wyatt@usdoj.gov

Leo T. Sorokin    leo_sorokin@fd.org, leosorokin@rcn.com;susan_burke@fd.org

1:04-cv-10615 Notice will not be electronically mailed to:

Richard D. Hall
24429-038
FCI
1900 Simler Avenue
Big Spring, TX 79720

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD D. HALL,
    Petitioner,

V.

UNITED STATES OF AMERICA,
    Respondent

CIVIL ACTION NO. 04-10615-DPW
[02CR10247-DPW]

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's ruling, on the record and in open court after evidentiary hearing on November 22, 2004, and in light of memoranda issued on June 14, 2004 and August 13, 2004, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: November 22, 2004

